UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

In re: MATTHEW LOWELL HOWLAND and MEAGAN LARAE HOWLAND,

    Debtors,

PHAEDRA SPRADLIN, TRUSTEE

    Appellant,

V.

BEADS AND STEEDS INNS, LLC,

    Appellee.

CIVIL ACTION NO. 5:14-426-KKC

OPINION AND ORDER

\*\*\* \*\*\* \*\*\*

    For reasons that will be stated in a forthcoming opinion, **IT IS ORDERED** that the Bankruptcy Court's memorandum opinions and orders [Adv. Doc. 20, 21, 24, 25], which denied the Trustee's Motion to Amend the Complaint and granted the Defendant's Motion for Judgment on the Pleadings, are **AFFIRMED.**

    Dated March 31, 2016.



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY